**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (Dayton)**

In re                                                                                       Case No. 3:08-bk-31288

Jeffery L. Sturtevant                                                             Judge: Guy R Humphrey

             Debtor(s)                                                                  Chapter: 7

**MOTION FOR PAYMENT OF UNCLAIMED FUNDS**

Under penalty of perjury, the Movant declares that the following statements and information are true and correct.

1. To the best of the Movant's knowledge, a check in the amount of $ $1,585.99      was issued to

CitiCapital                                                                        (name of original creditor/claimant).

2. To the best of the Movant's knowledge, the funds were tendered by the case trustee to the Bankruptcy Clerk and then to the United States Treasury.

3. The Movant's current address, phone number and social security number (last 4 digits only of social security number or complete EIN) are as follows:

GE Capital Commercial Inc., c/o The Locator Services Group, Ltd., 280 Summer Street, Ste. 400, Boston, MA 02210

(617) 859-0600, ext. 435

Movant's EIN: 13-2640703

4. The Movant did not receive the check or did not negotiate the check for the following reason(s):

The original check was never received and/or negotiated by CitiCapital. It may have been lost or misdirected as a result of a corporate transaction whereby CitiCapital was merged with and into GE Capital Commercial Inc., a wholly-owned subsidiary of General Electric Company, in August of 2008 as evidenced by the supporting documents attached hereto.

5. Movant represents that he/she is the owner of the funds, or is a legal representative of the owner, and is entitled to receive the funds. (If the movant is other than the owner of the funds, additional requirements pursuant to Local Bankruptcy Rule 3011-1(d) may apply to establish the right of payment of the unclaimed funds.)

6. Movant understands that pursuant to 18 U.S.C. § 152, a fine or imprisonment or both may be imposed if he/she knowingly or fraudulently made any false statements in this document.

7. Wherefore, Movant requests an order directing the Clerk to pay the funds to the Movant at the above address.

/s/ Mark K. Warren
Mark K. Warren, Esq. (MA BBO # 662334)
Deputy General Counsel
The Locator Services Group Ltd.,
Attorney-in-Fact for CitiCapital
280 Summer St, Suite 400
Boston, MA 02210
Tel: (617) 859-0600, ext. 441
associatecounsel@tlsgltd.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (Dayton)**

In re                                                                                       Case No. 3:08-bk-31288

Jeffery L. Sturtevant                                                          Judge: Guy R Humphrey

                Debtor(s)                                               Chapter: 7

**NOTICE OF MOTION**

GE Capital Commercial Inc.                         has filed a Motion for Payment of Unclaimed Funds with the court.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If you do not want the court to grant the relief sought in the motion/objection, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the motion/objection**, you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to the bankruptcy court clerk's office OR your attorney must file a response using the court's ECF System.

The court must **receive** your response on or before the above date. You must also send a copy of your response either by 1) the court's ECF System or by 2) regular U.S. Mail to:

| | | |
|---|---|---|
| Clerk of the Court<br>United States Bankruptcy Court<br>120 West Third Street<br>Dayton, OH 45402 | United States Attorney's Office<br>303 Marconi Boulevard, Suite 200<br>Columbus, Ohio 43215 | United States Trustee<br>170 North High Street, Suite 200<br>Columbus, OH 43215-2417 |
| Jeffery L. Sturtevant<br>167 Vista Ridge Drive<br>South Lebanon, OH 45065 | Monica V. Kindt<br>36 East Seventh Street<br>Suite 2030<br>Cincinnati, OH 45202 | Donald F Harker, III<br>2135 Miamisburg-Centerville Rd.<br>Centerville, OH 45459 |

The Locator Services Group Ltd.
Attn: Mark K. Warren, Esq.
280 Summer Street, Suite 400
Boston, MA 02210

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief without further hearing or notice.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Payment of Unclaimed Funds and Notice of Motion were served on the following by ordinary U.S. Mail on <u>Monday, August 01, 2016</u>.

| *Debtor:* | *Debtor's Attorney:* | *Case Trustee:* |
|---|---|---|
| Jeffery L. Sturtevant<br>167 Vista Ridge Drive<br>South Lebanon, OH 45065 | Monica V. Kindt<br>36 East Seventh Street<br>Suite 2030<br>Cincinnati, OH 45202 | Donald F Harker, III<br>2135 Miamisburg-Centerville Rd.<br>Centerville, OH 45459 |
| *U.S. Attorney:*<br>United States Attorney's Office<br>303 Marconi Boulevard, Suite 200<br>Columbus, Ohio 43215 | *U.S. Trustee:*<br>United States Trustee<br>170 North High Street, Suite 200<br>Columbus, OH 43215-2417 | |

/s/ Mark K. Warren
Mark K. Warren, Esq. (MA BBO # 662334)
Deputy General Counsel
The Locator Services Group Ltd.,
Attorney-in-Fact for General Electric Company
280 Summer St, Suite 400
Boston, MA 02210
Tel: (617) 859-0600, ext. 441
associatecounsel@tlsgltd.com